488 A.2d 1160

**COMMONWEALTH of Pennsylvania**

v.

**George H. SIRBAUGH, Appellant.**

Superior Court of Pennsylvania.

Argued Dec. 5, 1984.

Filed March 8, 1985.

Robert P. Petyak, Ebensburg, for appellant.

Ralph F. Kraft, Asst. Dist. Atty., Johnstown, for Commonwealth, appellee.

Before CIRILLO, TAMILIA and MONTGOMERY, JJ.

## ORDER

PER CURIAM:

The instant appeal is remanded to the Court of Common Pleas of Cambria County for:

(1) Inclusion in the record of the complete and unedited statements of appellant and his co-defendants; and

(2) A statement, in the form of an opinion, setting forth the reasoning of the trial court with regard to the various rulings made thereby. *See* Pa.R.A.P. 1925(a). *Robson v. State Farm Mutual Automobile Insurance Co.*, 335 Pa.Super. 365, 484 A.2d 177 (1984).

Jurisdiction is retained.